384 A.2d 241

**In re the Winding up of the METROPOLITAN ERIE HOUSING DEVELOPMENT CORPORATION.**

**Appeal of DEPARTMENT OF COMMUNITY AFFAIRS of the Commonwealth of Pennsylvania.**

Supreme Court of Pennsylvania.

Argued March 9, 1978.

Decided April 7, 1978.

Robert P. Kane, Atty. Gen., Kenneth B. Kaufman, Asst. Atty. Gen., Harrisburg, for appellant.

Richard A. Levick, Erie, for Pastore Brothers.

Walter A. Dart, Jr., Christine Hall McClure, Erie, for Marine Nat. Bank.

Howard N. Plate, Erie, for Estate of May E. Tinsman and Marine Nat. Bank.

Before EAGEN, C. J., and O'BRIEN, ROBERTS, POMEROY, NIX, MANDERINO and LARSEN, JJ.

## OPINION

PER CURIAM:

Decree affirmed.  Each side to pay own costs.